**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:13-cv-136-RJC-DSC**

| | | |
|---|---|---|
| **AMANDA LEVY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **EXTENDED STAY AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

     **THIS MATTER** comes before the Court on Plaintiff's Motion for Reconsideration. (Doc. No. 8). In her Motion for Reconsideration, Plaintiff argues that the Court should not have denied her Application to Proceed in District Court without Prepaying Fees or Costs. Plaintiff alleges that the "Clerk's Office inadvertently understood [her] income as $2,271 as opposed to $221 a month." (Doc. No. 8 at 1). Plaintiff shall have fourteen (14) days within which to file a revised Application. If Plaintiff fails to file an amended Application within fourteen (14) days of the entry of this Order, Plaintiff's Complaint will be dismissed.

     **IT IS, THEREFORE, ORDERED** that Plaintiff shall provide the court with a revised Application to Proceed in District Court without Prepaying Fees or Costs within fourteen (14) days. **FAILURE TO RESPOND WITHIN 14 DAYS WILL RESULT IN DISMISSAL OF ALL CLAIMS AGAINST DEFENDANT.**

                Signed: April 29, 2013

                Robert J. Conrad, Jr.
                Chief United States District Judge